IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>CHRISTOPHER LEWIS GILLETTE | **I N D I C T M E N T**<br><br>Case No. _____<br><br>Violations:  18 U.S.C. §§ 113(a)(1), 113(a)(3), 113(a)(6), 924(c)(1)(A), 924(d), 1111, and 1153; and 28 U.S.C. § 2461(c) |

COUNT ONE

**Second-Degree Murder within Indian Country**

The Grand Jury Charges:

On or about August 14, 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CHRISTOPHER LEWIS GILLETTE,

an Indian, did unlawfully kill a human being, namely, James Cody Mossett, an Indian, with malice aforethought;

In violation of Title 18, United States Code, Sections 1111 and 1153.

COUNT TWO

**Assault with a Dangerous Weapon**

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CHRISTOPHER LEWIS GILLETTE,

an Indian, assaulted James Cody Mossett, an Indian, with a dangerous weapon, namely a Sig Sauer P365 9mm handgun, Serial Number 66A599935, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT THREE

### Assault with Intent to Commit Murder

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

CHRISTOPHER LEWIS GILLETTE,

an Indian, assaulted Wayne Moran, an Indian, with intent to commit murder by shooting him with a firearm;

In violation of Title 18, United States Code, Sections 113(a)(1) and 1153.

## COUNT FOUR

### Assault with a Dangerous Weapon

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

### CHRISTOPHER LEWIS GILLETTE,

an Indian, assaulted Wayne Moran, an Indian, with a dangerous weapon, namely a Sig Sauer P365 9mm handgun, Serial Number 66A599935, with intent to do bodily harm;

In violation of Title 18, United States Code, Sections 113(a)(3) and 1153.

## COUNT FIVE

### Assault Resulting in Serious Bodily Injury

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota, in Indian country, and within the exclusive jurisdiction of the United States,

**CHRISTOPHER LEWIS GILLETTE,**

an Indian, assaulted Wayne Moran, an Indian, which resulted in serious bodily injury to Wayne Moran;

In violation of Title 18, United States Code, Sections 113(a)(6) and 1153.

## COUNT SIX

**Use of a Firearm in Relation to a Felony Crime of Violence**

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota,

## CHRISTOPHER LEWIS GILLETTE

did knowingly use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Second-Degree Murder within Indian Country and Assault with a Dangerous Weapon, as set forth in Counts One and Two above;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## COUNT SEVEN

**Use of a Firearm in Relation to a Felony Crime of Violence**

The Grand Jury Further Charges:

On or about August 14, 2020, in the District of North Dakota,

## CHRISTOPHER LEWIS GILLETTE

did knowingly use a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: Assault with Intent to Commit Murder, Assault with a Dangerous Weapon, and Assault Resulting in Serious Bodily Injury, as set forth in Counts Three, Four, and Five above;

In violation of Title 18, United States Code, Section 924(c)(1)(A).

## FORFEITURE ALLEGATION

The Grand Jury Further Finds Probable Cause That:

Upon conviction of the offense alleged in this Indictment,

### CHRISTOPHER LEWIS GILLETTE

shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), all firearms involved in the commission of the offense, including, but not limited to, the following:

One Sig Sauer P365 9mm handgun, Serial Number 66A599935.

                                A TRUE BILL:

                                /s/ Foreperson_____
                                Foreperson

/s/ Drew H. Wrigley
DREW H. WRIGLEY
United States Attorney

EBL/tmg