IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> CHRISTOPHER LEWIS GILLETTE, <br><br> Defendants. | Case No. 1:20-cr-00157 <br><br> **FINAL ORDER OF FORFEITURE** |

This Court entered Preliminary Order of Forfeiture on September 21, 2021, pursuant to the provisions of 18 U.S.C. § 924(d) and Title 28, United States Code, Section 2461(c). Notice of Criminal Forfeiture was posted on an official government internet site (www.forfeiture.gov) for at least 30 consecutive days beginning on September 30, 2021.

There were no filed verified petitions in this action claiming an ownership interest in the property listed and it appears from the record that no other claims, contested or otherwise, have been filed for the property described in the Court's Preliminary Order of Forfeiture.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:

1. The right, title, and interest to all of the described property is forfeited and vested in the United States of America, and shall be disposed of according to law.

2. The following property belonging to CHRISTOPHER LEWIS GILLETTE, who is the subject of this Order, is hereby forfeited to the United States of America:

- One Sig Sauer P365 9mm handgun, Serial Number 66A599935, and ammunition.

3.   Any and all forfeited property held by the Federal Bureau of Investigations be disposed of by said agency according to law.

This Order was filed electronically through ECF, and ECF will send a Notice of Electronic Filing (NEF) to all counsel of record.

LET JUDGMENT BE ENTERED ACCORDINGLY.

SO ORDERED this __3__ day of __Dec__ 2021.

_____
DANIEL M. TRAYNOR, District Judge
United States District Court